IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| TIVO INC., | § | |
| | § | |
|    *Plaintiff*, | § | |
| | § | |
| v. | § | CV 2:09-CV-257-TJW |
| | § | |
| VERIZON COMMUNICATIONS, INC., | § | |
| VERIZON SERVICES CORP., and | § | |
| VERIZON CORPORATE RESOURCES | § | |
| GROUP, LLC, | § | |
| | § | |
|    *Defendant*. | § | |

## ORDER

    The above-captioned case is hereby TRANSFERRED from the docket of the undersigned to the docket of the Honorable David J. Folsom.

    IT IS SO ORDERED.

    SIGNED this 24th day of February, 2010.

                                                                   */s/ T. John Ward*
                                                                   T. JOHN WARD
                                                                   UNITED STATES DISTRICT JUDGE