Appendix K                                                              Revised: 1/24/07

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Marshall DIVISION
AMENDED APPLICATION TO APPEAR PRO HAC VICE**

FILED-CLERK
U.S. DISTRICT COURT
2010 MAR -1 AM 9:47
TX EASTERN-MARSHALL

1. This application is being made for the following: Case # 2:09-cv-257
Style: IiVo Inc. V Verizon Communications Inc., Verizon Services Corp., Verizon Corporate Resources Group LLC

2. Applicant is representing the following party/ies: Verizon Communications, Inc., Verizon Services Corp., Verizon Corporate Resources Group LLC

3. Applicant was admitted to practice in __D.C.__ (state) on __March 08, 1996__ (date)

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/**has not** had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/**has not** ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/**has not** been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
USDC for D.C., USDC for NY

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)) Prepaid on 01/04/2010 Check No. 39806

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, __Evan T. Leo__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __02/26/2010__        Signature _[signed]_

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Evan T. Leo
State Bar Number 449935
Firm Name: Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
Address/P.O. Box: 1615 M Street, NW, Suite 400
City/State/Zip: Washington, D.C. 20036
Telephone #: (202) 326-7900
Fax #: (202) 326-7999
E-mail Address: eleo@khhte.com
Secondary E-Mail Address: athomas@khhte.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: _____

_David Maland_
David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk