# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TIVO INC., a Delaware Corporation, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 2:09-cv-257-DF |
| | § | |
| VERIZON COMMUNICATIONS, INC., | § | **DEMAND FOR JURY TRIAL** |
| a Delaware Corporation, | § | |
| VERIZON SERVICES CORP., | § | |
| a Delaware Corporation, and | § | |
| VERIZON CORPORATE RESOURCES | § | |
| GROUP LLC, | § | |
| a Delaware limited liability company, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' AMENDED MOTION TO TRANSFER VENUE TO THE DISTRICT OF NEW JERSEY**

Before the Court is Defendants Verizon Communications, Inc., Verizon Services Corp., and Verizon Corporate Resources Group LLC's unopposed motion for an extension of time to file their Reply to Plaintiff's Response to Defendants' Amended Motion to Transfer Venue to the District of New Jersey.

The Court is of the opinion that the motion should be granted.

It is, therefore, ORDERED that Defendants Verizon Communications, Inc., Verizon Services Corp., and Verizon Corporate Resources Group LLC be granted an extension of time to file their Reply to Plaintiff's Response to Defendants' Amended Motion to Transfer Venue to the District of New Jersey, up to and including April 26, 2010.

**SIGNED this 19th day of April, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE