# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **TIVO INC., a Delaware Corporation,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2:09-CV-257-DF |
| | § | |
| **VERIZON COMMUNICATIONS, INC.,** a | § | |
| Delaware Corporation, et al. | § | |
| | § | |
| Defendants. | § | |
| | § | |

## TIVO'S NOTICE OF SERVICE OF INVALIDITY CONTENTIONS

Pursuant to Local Patent Rule 3-4 and the Court's May 18, 2010 Docket Control Order [Dkt.. No. 88,] Plaintiff TiVo Inc. ("TiVo") hereby notifies the Court that on Friday, July 30, 2010, TiVo served its invalidity contentions.

| | |
|---|---|
| Date: August 2, 2010 | Respectfully submitted,<br>**McKOOL SMITH, P.C.**<br><br>/s/ Sam Baxter<br>Samuel F. Baxter<br>Lead Attorney<br>Texas State Bar No. 01938000<br>sbaxter@mckoolsmith.com<br>104 E. Houston St., Suite 300<br>Marshall, Texas 75670<br>Telephone: (903) 923-9000<br>Facsimile: (903) 923-9099<br><br>Rosemary Snider<br>Texas State Bar No. 18796500<br>rsnider@mckoolsmith.com |
| Co-Counsel:<br>**ROBINS KAPLAN MILLER & CIRESI, LLP**<br>Ronald J. Schutz<br>rjschutz@rkmc.com<br>David P. Swenson<br>dpswenson@rkmc.com<br>Michael A. Collyard<br>macollyard@rkmc.com<br>Andrea L. Gothing<br>algothing@rkmc.com<br>Loren L. Hansen<br>llhansen@rkmc.com<br>Robins Kaplan Miller & Ciresi, LLP<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402-2015<br>Telephone: (612) 349-8500<br>Facsimile: (612) 339-4181 | McKool Smith, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>Telephone: (214) 978-4000<br>Facsimile: (214) 978-4044<br><br>John F. Garvish, II<br>Texas State Bar No. 24043681<br>jgarvish@mckoolsmith.com<br>300 W. 6th St. Suite 1700<br>Austin, Texas 78701<br>Telephone: (512) 692-8700<br>Facsimile: (512) 692-8744<br><br><br>**ATTORNEYS FOR PLAINTIFF TIVO INC.** |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A). Pursuant to FED. R. CIV. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. mail, on this August 2, 2010.

/s/ John F. Garvish, II
John F. Garvish, II