**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| TiVo Inc., a Delaware corporation, | Case No. 2:09-cv-00257-DF |
| Plaintiff, | **Demand for Jury Trial** |
| vs. | |
| Verizon Communications Inc., a Delaware corporation; Verizon Services Corp., a Delaware corporation; Verizon Corporate Resources Group, LLC; and, a Delaware limited liability company, | |
| Defendants. | |

**Corrected Notice of Relevant Decision**

TiVo and non-party Dr. Villasenor, are currently seeking a protective order.  *See* Dkt. Nos. 128, 130, 131, 132.  Contemporaneously in the Central District of California, Dr. Villasenor moved to quash the two subpoenas that are the subject of TiVo's and Dr. Villasenor's motion for a protective order.  On February 22, 2011, the California court deferred its decision on Dr. Villasenor's motion pending this Court's ruling. *See* Dkt. No. 140, Ex. A (minute order).

To be clear, the California court stated:

> Frankly, when you have subpoenas of witnesses and big gnarly cases or even small gnarly cases, it's sometimes difficult as the judge in the remote district to really get all of the facts and issues right and not to issue a ruling that is contrary to what the presiding judge in the underlying manner [sic] is deciding. So at this juncture, I'm going to stay my ruling – or defer my ruling on this motion, pending the ruling by the Eastern District of Texas court in which the underlying matter is pending.

Dkt. No. 140, Ex. B at 11:10-20; *see also* Dkt. No. 140, Ex. A (minute order).

| | |
|---|---|
| Date: March 3, 2011 | Respectfully submitted, |
| | **McKOOL SMITH, P.C.** |
| Co-Counsel:<br>**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.** | |
| | _/s/ Sam Baxter_ |
| Ronald J. Schutz (*Pro Hac Vice*)<br>rjschutz@rkmc.com<br>David P. Swenson (*Pro Hac Vice*)<br>dpswenson@rkmc.com<br>Michael A. Collyard (*Pro Hac Vice*)<br>macollyard@rkmc.com<br>Andrea L. Gothing (*Pro Hac Vice*)<br>algothing@rkmc.com<br>Loren L. Hansen (*Pro Hac Vice*)<br>llhansen@rkmc.com<br>Brock J. Specht (*Pro Hac Vice*)<br>bjspecht@rkmc.com | Samuel F. Baxter<br>Lead Attorney<br>Texas State Bar No. 01938000<br>sbaxter@mckoolsmith.com<br>104 E. Houston St., Suite 300<br>Marshall, Texas 75670<br>Telephone: (903) 923-9000<br>Facsimile: (903) 923-9099 |
| | Rosemary Snider<br>Texas State Bar No. 18796500<br>rsnider@mckoolsmith.com<br>McKool Smith, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>Telephone: (214) 978-4000<br>Facsimile: (214) 978-4044 |
| 2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402-2015<br>Telephone: (612) 349-8500<br>Facsimile: (612) 339-4181 | John F. Garvish, II<br>Texas State Bar No. 24043681<br>jgarvish@mckoolsmith.com<br>300 W. 6th St. Suite 1700<br>Austin, Texas 78701<br>Telephone: (512) 692-8700<br>Facsimile: (512) 692-8744 |

*Attorneys for Plaintiff TiVo Inc.*

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A).

_/s/   John F. Garvish II_
John F. Garvish II
