**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| TiVo Inc., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> Verizon Communications Inc., a Delaware corporation; Verizon Services Corp., a Delaware corporation; and, Verizon Corporate Resources Group LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 2:09-cv-00257-DF <br><br> **Jury Trial Demanded** |

## JOINT MOTION TO WITHDRAW MOTIONS TO STRIKE CONTENTIONS

The parties have been meeting and conferring on all pending motions in this case. As part of that process, the parties have collectively agreed to withdraw TiVo's Motion to Strike Verizon's Invalidity Contentions (Dkt #299) and Verizon's Motion to Strike TiVo's Infringement Contentions (Dkt # 300). The parties have further agreed not to challenge each other's expert reports on the basis of these contentions. This agreement, however, does not preclude any challenges to expert reports on substantive grounds, including that the expert has not identified or explained adequately the basis for any opinion that elements of the accused products or prior art meet one or more elements of the asserted claims of the patents in suit.

Accordingly, TiVo moves to withdraw TiVo's Motion to Strike Verizon's Invalidity Contentions and Verizon moves to withdraw Verizon's Motion to Strike TiVo's Infringement Contentions.

| | |
|---|---|
| Dated: June 29, 2012 | Respectfully submitted, |

                                 */s/ Sam Baxter*

McKool Smith, P.C.
Samuel F. Baxter
Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
104 E. Houston St., Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Rosemary Snider
Texas State Bar No. 18796500
rsnider@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

John F. Garvish, II
Texas State Bar No. 24043681
jgarvish@mckoolsmith.com
300 W. 6th St. Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

IRELL & MANELLA LLP
Morgan Chu (*Pro Hac Vice*)
mchu@irell.com
Andrei Iancu (*Pro Hac Vice*)
aiancu@irell.com
Tom Werner (*Pro Hac Vice*)
twerner@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
TEL: (310) 277-1010
FAX: (310) 203-7199

**ATTORNEYS FOR PLAINTIFF TIVO INC.**

2


| /s/ Clyde M. Siebman | /s/ Mark C. Hansen |
|---|---|
| Clyde M. Siebman (#18341600) | Mark C. Hansen, *pro hac vice* |
| SIEBMAN, REYNOLDS, BURG, |   Michael K. Kellogg, *pro hac vice* |
|   PHILLIPS & SMITH LLP |   John Christopher Rozendaal, *pro hac vice* |
| Federal Courthouse Square | KELLOGG, HUBER, HANSEN, |
| 300 N. Travis Street |   TODD, EVANS & FIGEL, P.L.L.C. |
| Sherman, TX 75090 | 1615 M Street, NW, Suite 400 |
| Tel: (903) 870-0070 | Washington, DC 20036 |
| Fax: (903) 870-0066 | Tel: (202) 326-7900 |
| Email: siebman@siebman.com | Fax: (202) 326-7999 |
| | Email: mhansen@khhte.com |
| John Thorne, *pro hac vice* |       mkellogg@khhte.com |
| John P. Frantz, *pro hac vice* |       jrozendaal@khhte.com |
| Caren K. Khoo, *pro hac vice* | |
| VERIZON CORPORATE RESOURCES | Melissa Richards Smith (#24001351) |
|   GROUP LLC | GILLAM & SMITH, L.L.P. |
| 1320 N. Courthouse Road | 303 South Washington Avenue |
| Arlington, VA 22201 | Marshall, TX 75670 |
| Tel: (703) 351-3900 | Tel: (903) 934-8450 |
| | Fax: (903) 934-9257 |
| | Email: melissa@gillamsmithlaw.com |

*Counsel for Verizon Communications Inc., Verizon Services Corp.,*
*Verizon Corporate Resources Group LLC, Verizon Corporate Services Group Inc.,*
*and Verizon Data Services LLC*

## CERTIFICATE OF CONFERENCE

Counsel for TiVo and counsel for Verizon met and conferred in compliance with Local Rule CV-7(h).  The parties are in agreement on this joint motion which is unopposed.

/s/ Garret Chambers_____

## CERTIFICATE OF SERVICE

      The undersigned certifies that on this 29th day of June, 2012, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).

*/s/ Sam Baxter*
Sam Baxter