**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| TIVO INC. | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CAUSE NO. 2:09-CV-257-JRG |
| | § | |
| VERIZON COMMUNICATIONS, INC., | § | |
| ET AL. | § | |
| *Defendants.* | § | |

**ORDER**

On June 28, 2012, the Court held a hearing on Tivo's Motion for a 6-Hour Extension to Serve Expert Reports (Dkt. No. 313). For the reasons stated in the hearing, the motion is GRANTED.

The parties are hereby notified that from this date forward, any agreed motion to extend certain deadlines in this case must be (1) signed by lead and local counsel for each effected party, and (2) filed at least 72 hours before such an extension would apply.

The parties are ORDERED to meet and confer regarding all pending motions in this case. All issues not resolved by such meet and confer are hereby set for a hearing on Monday, July 16, 2012 at 1:30 p.m.

**So ORDERED and SIGNED this 29th day of June, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE