**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| TiVo Inc., a Delaware corporation, | Case No. 2:09-cv-00257-JRG |
| Plaintiff, | **Jury Trial Demanded** |
| vs. | |
| Verizon Communications Inc., a Delaware corporation; Verizon Services Corp., a Delaware corporation; and, Verizon Corporate Resources Group LLC, a Delaware limited liability company, | |
| Defendants. | |

## ORDER GRANTING TIVO AND VERIZON'S JOINT MOTION TO WITHDRAW MOTIONS TO STRIKE CONTENTIONS (Dkt No.'s 299 and 300)

Before the Court is TiVo and Verizon's Joint Motion to Withdraw Motions to Strike Contentions. The motion is GRANTED. It is further

ORDERED, ADJUDGED AND DECREED that TiVo's Motion to Strike Verizon's Invalidity Contentions (Dkt #299) and Verizon's Motion to Strike TiVo's Infringement Contentions (Dkt # 300) are hereby withdrawn and removed from the Court's pending motion docket.

**So ORDERED and SIGNED this 2nd day of July, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE