# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| TIVO INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC.,<br>  a Delaware corporation, et al.,<br><br>    Defendants. | Civil Action No. 2:09-cv-257-JRG<br>**DEMAND FOR JURY TRIAL** |

### VERIZON'S UNOPPOSED MOTION TO WITHDRAW ITS MOTION FOR RECONSIDERATION

Comes Now, Verizon and files this Unopposed Motion to Withdraw its Motion for Reconsideration of Order Granting TiVo Leave to Amend Infringement Contentions in the above-captioned matter. Verizon respectfully shows the Court as follows:

Verizon desires to withdraw its Motion for Reconsideration (Dkt. No. 301) of Order granting TiVo leave to amend infringement contentions (Dkt. 297). TiVo is unopposed to this motion.

WHEREFORE, PREMISES CONSIDERED, Verizon respectfully requests the Court to allow it to withdraw its Motion for Reconsideration of Order Granting TiVo Leave to Amend Infringement Contentions.

| | |
|---|---|
| Dated: July 2, 2012 | Respectfully submitted, |
| | /s/ Clyde M. Siebman |
| Melissa Richards Smith (#24001351) | State Bar No. 18341600 |
| GILLAM & SMITH, L.L.P. | SIEBMAN, REYNOLDS, BURG, |
| 303 South Washington Avenue |   PHILLIPS & SMITH LLP |
| Marshall, TX  75670 | Federal Courthouse Square |
| Tel:  (903) 934-8450 | 300 N. Travis Street |
| Fax:  (903) 934-9257 | Sherman, TX  75090 |
| Email:  melissa@gillamsmithlaw.com | Tel: (903) 870-0070 |
| | Fax: (903) 870-0066 |
| John Thorne, *pro hac vice* | Email:  siebman@siebman.com |
| John P. Frantz, *pro hac vice* | |
| Caren K. Khoo, *pro hac vice* | Mark C. Hansen, *pro hac vice* |
| VERIZON CORPORATE RESOURCES | Michael K. Kellogg, *pro hac vice* |
|   GROUP LLC | John Christopher Rozendaal, *pro hac vice* |
| 1320 N. Court House Road | KELLOGG, HUBER, HANSEN, |
| Arlington, VA  22201 |   TODD, EVANS & FIGEL, P.L.L.C. |
| Tel:  (703) 351-3900 | 1615 M Street, NW, Suite 400 |
| Fax:  (703) 351-3670 | Washington, DC  20036 |
| | Tel:  (202) 326-7900 |
| | Fax:  (202) 326-7999 |
| | Email:  mhansen@khhte.com |
| |         mkellogg@khhte.com |
| |         jrozendaal@khhte.com |

*Counsel for Verizon Communications Inc., Verizon Services Corp.,*
*Verizon Corporate Resources Group LLC, Verizon Corporate Services Group Inc.,*
*and Verizon Data Services LLC*

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic and/or first-class mail on July 2, 2012.  Any other counsel of record will be served via electronic and first-class mail.

                 /s/ Clyde M. Siebman

**CERTIFICATE OF CONFERENCE**

  Pursuant to Local Rule CV-7(h), the undersigned hereby certifies that counsel for Defendants Verizon conferred with counsel for Plaintiff TiVo on June 29, 2012, in a good-faith effort to resolve the issues raised in this motion and Plaintiff's counsel stated that they are unopposed to said motion.

                 /s/ Clyde Siebman