**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TIVO INC., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 2:09-cv-257-JRG |
| | ) | |
| vs. | ) | |
| | ) | |
| VERIZON COMMUNICATIONS, INC.; | ) | JURY TRIAL DEMANDED |
| VERIZON SERVICES CORP.; VERIZON | ) | |
| CORPORATE RESOURCES GROUP, LLC; | ) | |
| VERIZON CORPORATE SERVICES | ) | |
| GROUP INC.; and VERIZON DATA | ) | |
| SERVICES LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

## JOINT MOTION TO WITHDRAW MOTIONS TO COMPEL

Plaintiff TiVo Inc. ("TiVo") and the Verizon defendants ("Verizon") have been meeting and conferring on all pending motions in this case.  Through that process, the parties have reached agreement relating to discovery issues and have collectively agreed to withdraw Verizon's Motion to Compel (Dkt # 306) and TiVo's Motion to Compel Verizon To Provide Responses To Interrogatories Relating To Cisco DVRs (Dkt #307).

Accordingly, Verizon hereby moves to withdraw Verizon's Motion to Compel (Dkt # 306), and TiVo hereby moves to withdraw TiVo's Motion to Compel Verizon To Provide Responses To Interrogatories Relating To Cisco DVRs (Dkt #307).

Dated: July 3, 2012

Respectfully submitted,

*/s/ Sam Baxter*
McKool Smith, P.C.
Samuel F. Baxter
Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
104 E. Houston St., Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Rosemary Snider
Texas State Bar No. 18796500
rsnider@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

John F. Garvish, II
Texas State Bar No. 24043681
jgarvish@mckoolsmith.com
300 W. 6th St. Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

IRELL & MANELLA LLP
Morgan Chu (*Pro Hac Vice*)
mchu@irell.com
Andrei Iancu (*Pro Hac Vice*)
aiancu@irell.com
Tom Werner (*Pro Hac Vice*)
twerner@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
TEL: (310) 277-1010
FAX: (310) 203-7199

**ATTORNEYS FOR PLAINTIFF
TIVO INC.**

/s/ Clyde M. Siebman
Clyde M. Siebman (#18341600)
SIEBMAN, REYNOLDS, BURG,
   PHILLIPS & SMITH LLP
Federal Courthouse Square
300 N. Travis Street
Sherman, TX 75090
Tel:  (903) 870-0070
Fax:  (903) 870-0066
Email:  siebman@siebman.com

John Thorne, *pro hac vice*
John P. Frantz, *pro hac vice*
Caren K. Khoo, *pro hac vice*
VERIZON CORPORATE RESOURCES
   GROUP LLC
1320 N. Courthouse Road
Arlington, VA 22201
Tel:  (703) 351-3900

Mark C. Hansen, *pro hac vice*
Michael K. Kellogg, *pro hac vice*
John Christopher Rozendaal, *pro hac vice*
KELLOGG, HUBER, HANSEN,
   TODD, EVANS & FIGEL, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036
Tel:  (202) 326-7900
Fax:  (202) 326-7999
Email:  mhansen@khhte.com
          mkellogg@khhte.com
          jrozendaal@khhte.com

Melissa Richards Smith (#24001351)
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Tel:  (903) 934-8450
Fax:  (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Counsel for Verizon Communications Inc., Verizon Services Corp.,*
*Verizon Corporate Resources Group LLC, Verizon Corporate Services Group Inc.,*
*and Verizon Data Services LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 3rd day of July, 2012, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).

*/s/ Thomas C. Werner*
Thomas C. Werner


## CERTIFICATE OF CONFERENCE

I hereby certify that counsel have complied with the meet and confer requirement in Local Rule CV-7(h) and this Court's Orders, and this motion is opposed.  The parties met and conferred on July 2, 2012.  Present were local counsel for the parties and attorneys having authority to resolve the matter on behalf of the parties.  The parties agreed to jointly file this motion.

*/s/ Thomas C. Werner*
Thomas C. Werner