**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| TIVO INC., | ) | |
| | ) | |
| *Plaintiff,* | ) | Case No. 2:09-cv-257-JRG |
| | ) | |
| v. | ) | |
| | ) | |
| VERIZON COMMUNICATIONS, INC.; | ) | JURY TRIAL DEMANDED |
| VERIZON SERVICES CORP.; VERIZON | ) | |
| CORPORATE RESOURCES GROUP, LLC; | ) | |
| VERIZON CORPORATE SERVICES | ) | |
| GROUP INC.; and VERIZON DATA | ) | |
| SERVICES LLC, | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

## TIVO'S SUBMISSION OF JURY MATERIALS

Pursuant to this Court's Docket Control Order, Plaintiff TiVo Inc. ("TiVo") hereby submits the following jury materials:

Attached as **Exhibit A** hereto is TiVo's Proposed Preliminary Jury Instructions.

Attached as **Exhibit B** hereto is TiVo's Proposed Final Jury Instructions.

Attached as **Exhibit C** hereto is TiVo's Proposed Verdict Form.

TiVo reserves the right to revise, amend or supplement these materials as the case progresses, for example, as a result of the issues to be tried being further framed by the parties and the Court, in response to instructions proposed by Defendants, as the law and facts change or are clarified, as well as any other reason that might arise during the case. Nothing contained in these materials is an admission by TiVo that any particular issue is properly deemed a question

of law for the Court under governing legal standards, is a question of fact for the jury, or vice versa.  TiVo submits these materials with a full reservation of its rights.

Date:  September 7, 2012

Respectfully submitted,

/s/ *Sam Baxter*

Co-Counsel:

**IRELL & MANELLA LLP**
Morgan Chu
mehu@irell.com
Andrei Iancu
aianew@irell.com
Joseph M. Lipner
jlipner@irell.com
Richard M. Birnholz
rbirnholz@irell.com
Thomas C. Werner
twerner@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel: (310) 277-1010
Fax: (310) 203-7199

**ROBINS, KAPLAN, MILLER & CIRESI LLP**
Ronald J. Schutz
rjschutz@rkmc.com
Cyrus A. Morton
camortion@rkmc.com
Michael A. Collyard
macollyard@rkme.com
Andrea L. Gothing
algothing@rkmc.com
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: (612) 349-8500
Facsimile:  (612) 339-4181

**McKOOL SMITH, P.C.**
Samuel F. Baxter
Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
104 E. Houston St., Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Rosemary Snider
Texas State Bar No. 18796500
rsnider@mckoolsmith.com
Garret W. Chambers
Texas State Bar No. 00792160
gchambers@mckoolsmith.com
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone:  (214) 978-4000
Facsimile:  (214) 978-4044

John F. Garvish, II
Texas State Bar No. 24043681
jgarvish@mckoolsmih.com
300 W 6th St. Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

**Attorneys for Plaintiff TiVo Inc.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who has consented to electronic service on this 4th day of September, 2012.  Local Rule CV-53(a)(3)(A).


*/s/ Garret Chambers*
Garret Chambers