# EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| TIVO INC., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 2:09-cv-257-JRG |
| | ) | |
| vs. | ) | |
| | ) | |
| VERIZON COMMUNICATIONS, INC.; | ) | JURY TRIAL DEMANDED |
| VERIZON SERVICES CORP.; VERIZON | ) | |
| CORPORATE RESOURCES GROUP, LLC; | ) | |
| VERIZON CORPORATE SERVICES | ) | |
| GROUP INC.; and VERIZON DATA | ) | |
| SERVICES LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

## TIVO'S PROPOSED VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Court's charge.  Start with Question No. 1 and proceed through the questions following the directions included in this Verdict Form.

1.      Has TiVo proven by a preponderance of the evidence that Verizon infringes the '389 TimeWarp Patent, the '465 Multi-Program Patent, and/or the '015 Overshoot Correction Patent?

**TimeWarp Patent:  U.S. Patent No. 6,233,389**

("Yes" is a finding for TiVo.          "No" is a finding for Verizon.)

Claim 31        YES _____                        NO_____

Claim 61        YES _____                        NO_____

**Multi-Program Patent:  U.S. Patent No. 7,529,465**

("Yes" is a finding for TiVo.          "No" is a finding for Verizon.)

Claim 1         YES _____                        NO_____

Claim 4         YES _____                        NO_____

Claim 8         YES _____                        NO_____

Claim 10        YES _____                        NO_____

Claim 13        YES _____                        NO_____

**Overshoot Correction Patent:  U.S. Patent No. 7,493,015**

("Yes" is a finding for TiVo.          "No" is a finding for Verizon.)

Claim 3         YES _____                        NO_____

Claim 15        YES _____                        NO_____

Claim 19        YES _____                        NO_____

McKool 736606v1

2.      If you have found that Verizon infringes any claim of the '389 TimeWarp Patent, please determine whether such infringement was willful.

Has TiVo proven by clear and convincing evidence that Verizon's infringement was willful?

("YES " is a finding for TiVo.        "No" is a finding for Verizon.)

YES _____                              NO_____

- 3 -

3.      For each asserted claim of the '389 TimeWarp Patent, the '465 Multi-Program Patent, and the '015 Overshoot Correction Patent, did Verizon prove by clear and convincing evidence that such claim is invalid?

Check the first column indicated as "valid" or check the second column indicated as "invalid."

**TimeWarp Patent:  U.S. Patent No. 6,233,389**
("Valid" is a finding for TiVo.              "Invalid" is a finding for Verizon.)

|  | **VALID** | **INVALID** |
|---|---|---|
| Claim 31 | _____ | _____ |
| Claim 61 | _____ | _____ |

**Multi-Program Patent:  U.S. Patent No. 7,529,465**
("Valid" is a finding for TiVo.              "Invalid" is a finding for Verizon.)

|  | **VALID** | **INVALID** |
|---|---|---|
| Claim 1 | _____ | _____ |
| Claim 4 | _____ | _____ |
| Claim 8 | _____ | _____ |
| Claim 10 | _____ | _____ |
| Claim 13 | _____ | _____ |

**Overshoot Correction Patent:  U.S. Patent No. 7,493,015**
("Valid" is a finding for TiVo.              "Invalid" is a finding for Verizon.)

|  | **VALID** | **INVALID** |
|---|---|---|
| Claim 3 | _____ | _____ |
| Claim 15 | _____ | _____ |
| Claim 19 | _____ | _____ |

- 4 -

4.      If you have found that Verizon infringed one or more valid claims of the '389 TimeWarp Patent, the '465 Multi-Program Patent, or the '015 Overshoot Correction Patent, please state the amount of damages that would fairly and adequately compensate TiVo for Verizon's infringement.


$_____

     5.     Has Verizon proven by a preponderance of the evidence that TiVo infringes the '344 Patent?

("Yes" is a finding for Verizon.        "No" is a finding for TiVo.)

Claim 2     YES _____          NO_____

Claim 3     YES _____          NO_____

Claim 4     YES _____          NO_____

6.    If you have found that TiVo infringes any claim of the '344 Patent, please determine whether such infringement was willful.

Has Verizon proven by clear and convincing evidence that TiVo's infringement was willful?

("YES " is a finding for Verizon.      "No" is a finding for TiVo.)

YES _____                                NO_____

7.     For each asserted claim of the '344 Patent, did TiVo prove by clear and convincing evidence that such claim is invalid?

Check the first column indicated as "valid" or check the second column indicated as "invalid."

("Valid" is a finding for TiVo.          "Invalid" is a finding for Verizon.)

|  | **VALID** | **INVALID** |
|---|---|---|
| Claim 2 | _____ | _____ |
| Claim 3 | _____ | _____ |
| Claim 4 | _____ | _____ |

- 8 -

4.      If you have found that TiVo infringed one or more valid claims of the '344 Patent, please state the amount of damages that would fairly and adequately compensate Verizon for TiVo's infringement.


$_____


**Signed this ___ day of _____**


_____
**JURY FOREPERSON**

- 9 -