**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| TIVO INC.,<br><br>          Plaintiff,<br><br>   v.<br><br>VERIZON COMMUNICATIONS INC.; VERIZON SERVICES CORP.; VERIZON CORPORATE RESOURCES GROUP, LLC; VERIZON CORPORATE SERVICES GROUP INC.; and VERIZON DATA SERVICES LLC,<br><br>          Defendants. | Civil Action No. 2:09-cv-257<br><br>**DEMAND FOR JURY TRIAL** |

**VERIZON'S PROPOSED JURY INSTRUCTIONS AND**
**PROPOSED JURY VERDICT FORM**

      Pursuant to the Court's Amended Scheduling Order (Dkt. # 349), Verizon hereby submits its Proposed Jury Instructions, which are attached hereto as Exhibit A, and its Proposed Jury Verdict Form, which is attached hereto as Exhibit B.

      Verizon reserves the right to revise, amend or supplemental these instructions and verdict form as the case progresses.

| | |
|---|---|
| Dated: September 7, 2012 | Respectfully submitted, |
| John P. Frantz, *pro hac vice*<br>Caren K. Khoo, *pro hac vice*<br>VERIZON CORPORATE RESOURCES<br>  GROUP LLC<br>One Verizon Way<br>Basking Ridge, NJ 07920<br>Tel:  (908) 559-7000<br>Fax:  (908) 766-8264 | /s/ Clyde M. Siebman<br>Clyde M. Siebman (#18341600)<br>SIEBMAN, BURG, PHILLIPS<br>& SMITH, LLP<br>Federal Courthouse Square<br>300 N. Travis Street<br>Sherman, TX  75090<br>Tel:  (903) 870-0070<br>Fax:  (903) 870-0066<br>Email:  siebman@siebman.com |
| | Mark C. Hansen, *pro hac vice*<br>Michael K. Kellogg, *pro hac vice*<br>KELLOGG, HUBER, HANSEN,<br>  TODD, EVANS & FIGEL, P.L.L.C.<br>1615 M Street, NW, Suite 400<br>Washington, DC  20036<br>Tel:  (202) 326-7900<br>Fax:  (202) 326-7999<br>Email:  mhansen@khhte.com<br>         mkellogg@khhte.com |

*Counsel for Verizon Communications Inc., Verizon Services Corp.,*
*Verizon Corporate Resources Group LLC, Verizon Corporate Services Group Inc.,*
*and Verizon Data Services LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on September 7, 2012.  Any other counsel of record will be served via electronic and first class mail.

/s/ Clyde M. Siebman
Clyde M. Siebman