**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| TIVO INC., a Delaware corporation, | |
| Plaintiff, | |
| v. | Civil Action No. 2:09-cv-257-JRG |
| VERIZON COMMUNICATIONS INC., a Delaware corporation, et al., | |
| Defendants. | |

## STIPULATION AND JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiff TiVo Inc. ("TiVo") and Defendants and Counterclaim Plaintiffs Verizon Communications Inc., Verizon Services Corp., Verizon Corporate Resources Group LLC, Verizon Corporate Services Group Inc., and Verizon Data Services LLC (collectively "Verizon") (with TiVo, the "Parties" and each individually, a "Party"), by and through counsel, stipulate as follows:

This Stipulation and Joint Motion For Entry of Consent Judgment is made pursuant to Rule 41 of the Federal Rules of Civil Procedure and agreements between the Parties.

The Parties have also submitted a separate Stipulation and Joint Motion To Dismiss With Prejudice in which the parties stipulated to and requested the dismissal with prejudice of (i) all of TiVo's claims and counterclaims against Verizon in the above-captioned action and (ii) all claims and counterclaims made by Verizon against TiVo in the above-captioned action (including all claims which Verizon previously dismissed without prejudice), with each party to bear its own costs and attorneys' fees.  By this Stipulation and Joint Motion for Entry of Consent Judgment, the Parties further agree to the Court's entry of a Consent Judgment as set forth herein.

Verizon agrees that it has not sustained its burden of proving invalidity of U.S. Pat. Nos.

7,529,465, and 7,493,015 and that the foregoing TiVo patents are valid.  Verizon consents to the entry of judgment against Verizon on Verizon's counterclaims seeking a judicial declaration that these patents are invalid.  Verizon and TiVo further waive any right to appeal the Consent Judgment, to the extent that any such right may exist, and agree that upon entry by the Court such Consent Judgment is final and not appealable.

Accordingly, pursuant to Rule 41 of the Federal Rules of Civil Procedure and agreement between the Parties, the Parties hereby request that the Court enter a consent judgment with regard to Verizon's Count V (Declaratory Judgment of Invalidity (U.S. Patent No. 7,529,465)) and Count VI (Declaratory Judgment of Invalidity (U.S. Patent No. 7,493,015)) seeking a judicial declaration regarding the validity of the foregoing TiVo patents as follows:

a.      Verizon has not sustained its burden of proving invalidity of U.S. Patent Nos. 7,529,465 (claims 1-20) and 7,493,015 (claims 1-24);

b.      Judgment is entered in favor of TiVo, and against Verizon, on Verizon's counterclaims entitled Verizon's Count V (Declaratory Judgment of Invalidity (U.S. Patent No. 7,529,465)) and Count VI (Declaratory Judgment of Invalidity (U.S. Patent No. 7,493,015)) seeking a judicial determination and declaration regarding the validity of U.S. Patent Nos. 7,529,465 and 7,493,015; and

c.      This judgment is final and the parties have waived any right to appeal therefrom.

Text of a proposed Consent Judgment has been lodged concurrently herewith.

Dated:  September 28, 2012                         Respectfully submitted,

Co-Counsel:                                        */s/ Sam Baxter (with permission)*
**IRELL & MANELLA LLP**                            **McKOOL SMITH, P.C.**
Morgan Chu                                         Samuel F. Baxter
mchu@irell.com                                     Lead Attorney
Andrei Iancu                                       Texas State Bar No. 01938000
aiancu@irell.com                                   sbaxter@mckoolsmith.com
Joseph M. Lipner                                   104 E. Houston St., Suite 300
jlipner@irell.com                                  Marshall, Texas 75670
Richard M. Birnholz                                Telephone: (903) 923-9000
rbirnholz@irell.com                                Facsimile: (903) 923-9099

Tom Werner
twerner@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
TEL: (310) 277-1010
FAX: (310) 203-7199

**ROBINS, KAPLAN, MILLER &
CIRESI, L.L.P.**
Ronald J. Schutz
rjschutz@rkmc.com
Cyrus A. Morton
camorton@rkmc.com
Andrea L. Gothing
algothing @rkmc.com
Michael A. Collyard
macollyard@rkmc.com
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: (612) 349-8500
Facsimile: (612) 339-4181

Rosemary Snider
Texas State Bar No. 18796500
rsnider@mckoolsmith.com
Garret W. Chambers
Texas State Bar No. 00792160
gchambers@mckoolsmith.com
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

John F. Garvish, II
Texas State Bar No. 24043681
jgarvish@mckoolsmith.com
300 W. 6th St. Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

**Attorneys for Plaintiff TiVo Inc.**

Dated: September 28, 2012

Respectfully submitted,

John P. Frantz, *pro hac vice*
Caren K. Khoo, *pro hac vice*
VERIZON CORPORATE RESOURCES
    GROUP LLC
One Verizon Way
Basking Ridge, NJ 07920
Tel:  (908) 559-7000
Fax:  (908) 766-8264

*/s/ Clyde M. Siebman (with permission)*
Clyde M. Siebman (#18341600)
SIEBMAN, REYNOLDS, BURG,
    PHILLIPS & SMITH LLP
Federal Courthouse Square
300 N. Travis Street
Sherman, TX  75090
Tel:  (903) 870-0070
Fax:  (903) 870-0066
Email:  siebman@siebman.com

Mark C. Hansen, *pro hac vice*
Michael K. Kellogg, *pro hac vice*
KELLOGG, HUBER, HANSEN,
    TODD, EVANS & FIGEL, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC  20036
Tel:  (202) 326-7900
Fax:  (202) 326-7999
Email:  mhansen@khhte.com
            mkellogg@khhte.com

**Counsel for Verizon Communications Inc., Verizon Services Corp.,
Verizon Corporate Resources Group LLC, Verizon Corporate Services Group Inc.,
and Verizon Data Services LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on September 28, 2012.  Any other counsel of record will be served via electronic and first class mail.

Respectfully submitted,

*/s/ Sam Baxter (with permission)*

**McKOOL SMITH, P.C.**
Samuel F. Baxter
Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
104 E. Houston St., Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099