IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TIVO INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC.,<br>a Delaware corporation, et al.,<br><br>Defendants. | Civil Action No. 2:09-cv-257-JRG |

## CONSENT JUDGMENT

This matter having come before the Court and it being represented that Plaintiff TiVo Inc. ("TiVo") and Defendants and Counterclaim-Plaintiffs Verizon Communications Inc., Verizon Services Corp., Verizon Corporate Resources Group LLC, Verizon Corporate Services, Group Inc., and Verizon Data Services LLC (collectively "Verizon") (with TiVo, the "Parties"), have agreed to dismiss the above-captioned action with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure and have waived any right to appeal the entry of this Consent Judgment to the extent such right may exist:

Based upon the agreement, consent, and approval of the Parties, **IT IS HEREBY ORDERED** that:

    a.    Verizon has not sustained its burden of proving invalidity of U.S. Patent Nos. 7,529,465 (claims 1-20) and 7,493,015 (claims 1-24);

    b.    Judgment is hereby entered in favor of TiVo, and against Verizon, on Verizon's counterclaims entitled Verizon's Count V (Declaratory Judgment of Invalidity (U.S. Patent No. 7,529,465)) and Count VI (Declaratory Judgment of Invalidity (U.S. Patent No. 7,493,015)) seeking a judicial determination and declaration

regarding the validity of U.S. Patent Nos. 7,529,465 and 7,493,015;

c.   This judgment is final and the parties have waived any right to appeal therefrom.